IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THOMAS AIKENS, individually and on behalf of all others similarly situated., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 10-0875-CV-W-HFS ) |
| PACIFIC WEBWORKS, INC, et al., | ) ) |
| Defendants. | ) |

**ORDER**

The parties have filed a stipulation of dismissal without prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed without prejudice, with each party to bear its owns costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July  9 , 2012

Kansas City, Missouri